DORITA RADANO, Appellant, *v.* TOWN OF HUNTINGTON, Respondent.

Argued May 26, 1953; decided July 14, 1953.

*Michael A. Petroccia* for appellant.

*Schuyler M. Meyer* and *Henry M. Kidder, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.